NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE GLENN E. RIGGS, JOHN H. KIVELA, ROBERT H. SHELLMAN, JOSEPH F. ROCKY, JR., STANLEY M. BAINOR, RALPH K. BRECHTER, DOUGLAS L. CLARK, JAMES R. CLARK, JON L. CLOW, AMY DALEY, LARRY HU, LOUIS F. INDELICATO, WILLIAM J. LOHAN, MICHAEL M. NAUGHTON, PETER P. NELSON, ALAN D. SHOLLENBERGER, M. NADINE WILLET, DOUG JOHNSTON, DONALD H. MUELLER, MICHAEL D. MICHAUD, ROBERT PHANEUF, AND JOSEPH J. BAINOR.

---

2010-1320

(Serial No. 11/005,678)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Upon consideration of the appellants' unopposed motion for leave to withdraw their previously filed reply

brief and joint appendix, and for leave to file their reply brief and joint appendix received by the court on November 10, 2010,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

__DEC 1 3 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert M. Bauer, Esq.
     Raymond T. Chen, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 3 2010

JAN HORBALY
CLERK